No. 643. WARREN ET AL. *v.* PALMER ET AL. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Erwin N. Griswold, John Noble, Jr.,* and *Paul E. Troy* for

646

petitioners. *Mr. Hermon J. Wells* for respondents.

